YONGJIANG YIN and Shenzhen El
Lighting Co. Ltd., Appellant

v.

SURE-FIRE ELECTRICAL
CORPORATION, Cross-
Appellant

2016-2686, 2016-2728

United States Court of Appeals,
Federal Circuit.

November 13, 2017

AARON P. BRADFORD, Bradford, Ltd.,
Denver, CO, argued for appellant. Also
represented by ANDREA M. LAFRANCE;
DAVID B. KELLIS, Sheridan Ross, PC.

SAMUEL LEWIS WALLING, Jones Day, Min-
neapolis, MN, argued for cross-appellant.
Also represented by RYAN MICHAEL
SCHULTZ, Robins Kaplan LLP.

(Lourie, O'Malley, and Hughes, Circuit
Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**